**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Robert Milton, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ASAPP, Inc.,

Defendant.

Case No. 1:25-cv-04677-LLS-RFT

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Michael H. Rubin, dated July 28, 2025, the undersigned hereby moves this Court on behalf of Defendant ASAPP, Inc., before the Honorable Louis L. Stanton, in Courtroom 21C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007-1312, for an order dismissing the Complaint (ECF No. 1) with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: July 28, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Michael H. Rubin*
Michael H. Rubin (admitted *pro hac vice*)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: michael.rubin@lw.com

Daniel Grill (*admission pending*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-4754
Email: daniel.grill@lw.com

*Counsel for Defendant ASAPP, Inc.*