**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Robert Milton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASAPP, Inc.,<br><br>Defendant. | Case No. 1:25-cv-04677-LLS-RFT<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

I, Michael H. Rubin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, located at 505 Montgomery Street Suite 2000, San Francisco, California 94111. I am counsel of record for ASAPP, Inc. ("Defendant"). I submit this declaration, together with attached exhibits, in support of Defendant's Motion to Dismiss the Complaint.

2. I have personal knowledge of the facts in this Declaration and, if called upon, I could and would testify competently therein.

3. Attached as **Exhibit 1** is a true and correct copy of the Complaint in the above-captioned case, filed on June 4, 2025 (ECF No. 1).

4. Attached as **Exhibit 2** is a true and correct copy of the Complaint filed by Plaintiff's counsel in the United States District Court for the Northern District of California in *Terrill v. Dialpad, Inc.*, 3:25-cv-04509 (N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2025, in San Francisco, California.

/s/ *Michael H. Rubin*
Michael H. Rubin